UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SANTIAGO FARIAS-VALDOVINOS,<br><br>    Defendant. | No. CR-09-132-FVS-1<br><br>ORDER RE APRIL 19, 2010, HEARING |

**THIS MATTER** having come before the Court on April 19, 2010, for a pretrial conference; Now, therefore

**IT IS HEREBY ORDER:**

1. Mr. Farias-Valdovinos' motion to suppress (**Ct. Rec. 69**) is **denied** for the reasons given by the Court.

2. Mr. Farias-Valdovinos' motion for a *Daubert* hearing (**Ct. Rec. 71**) is **denied** as premature.

3. Mr. Farias-Valdovinos' motion to sever defendants (**Ct. Rec. 73**) is **denied.**

4. Mr. Farias-Valdovinos' motion to sever counts (**Ct. Rec. 73**) is **granted.** Counts 1 and 2 will be tried in one trial. Counts 3, 4, and 5 will be tried in another trial.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___20th___ day of April, 2010.

                    s/ Fred Van Sickle
                    Fred Van Sickle
           Senior United States District Judge

ORDER - 1